# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)
Kenya S Marlow

xxx–xx–1674
304 West State Street
Johnstown, NY 12095

Ward V Marlow

xxx–xx–7832
304 West State Street
Johnstown, NY 12095

)
)
)
)Case Number: 09–61957–6
)
)
)
)
)
)Chapter: 7
)
)
)
)
)
)
)
)
)

## *NOTICE OF DEADLINES*

Notice is hereby given regarding missing documents;

Deficiency Deadlines Updated. Atty Disclosure Statement due 7/31/2009.Credit Counseling Certificate Due: 7/16/2009. Certification of Matrix due 7/16/2009. Declaration Concerning Schedules due 7/31/2009. Notice to Individual Consumer Debtors Form B201 due 7/31/2009.Payment Advice Statements Due: 7/31/2009.Means Test Form Ch 7 Due: 7/31/2009. Schedules A–J due 7/31/2009. Statement of Financial Affairs due 7/31/2009.Statistical Summary Due 7/31/2009. Summary of schedules due 7/31/2009. (Testa, Diane)

Debtor(s) are responsible for curing deficiencies. The responsibility for preparing, submitting, and monitoring a complete filing rests with the filer(s). Do not rely on the Clerk's office to alert you regarding deficient case filings.

Please note: ***This case may be dismissed without further notice or hearing if the above document(s) are not timely filed with the Court***. For individual debtors, a completed statement of compliance with the credit counseling requirement, (Exhibit D), must be submitted with the petition together with the Certificate of Credit Counseling (if required). If Official Form D states that the debtor is not required to receive a credit counseling briefing due to incapacity, disability or because the debtor is on active military duty in a military combat zone, it must be accompanied by a motion.

Date: 7/16/09

RICHARD G. ZEH, SR.
Clerk of the Bankruptcy Court