# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)
Kenya S Marlow

xxx–xx–1674
304 West State Street
Johnstown, NY 12095

Ward V Marlow

xxx–xx–7832
304 West State Street
Johnstown, NY 12095

)
)
)
)Case Number: 09–61957–6
)
)
)
)
)
)Chapter: 7
)
)
)
)
)
)
)
)
)
)

## *NOTICE OF DEADLINES*

Notice is hereby given regarding missing documents;

Deficiency Deadlines Updated. Atty Disclosure Statement due 7/31/2009.Credit Counseling
Certificate Due: 7/16/2009. Certification of Matrix due 7/16/2009. Declaration Concerning
Schedules due 7/31/2009. Notice to Individual Consumer Debtors Form B201 due
7/31/2009.Payment Advice Statements Due: 7/31/2009.Means Test Form Ch 7 Due: 7/31/2009.
Schedules A–J due 7/31/2009. Statement of Financial Affairs due 7/31/2009.Statistical Summary
Due 7/31/2009. Summary of schedules due 7/31/2009. (Testa, Diane)

Debtor(s) are responsible for curing deficiencies. The responsibility for preparing, submitting, and
monitoring a complete filing rests with the filer(s). Do not rely on the Clerk's office to alert you
regarding deficient case filings.

Please note: ***This case may be dismissed without further notice or hearing if the above document(s)
are not timely filed with the Court***. For individual debtors, a completed statement of compliance
with the credit counseling requirement, (Exhibit D), must be submitted with the petition together
with the Certificate of Credit Counseling (if required). If Official Form D states that the debtor is not
required to receive a credit counseling briefing due to incapacity, disability or because the debtor is
on active military duty in a military combat zone, it must be accompanied by a motion.

Date: 7/16/09

RICHARD G. ZEH, SR.
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 0206-6          User: dtest          Page 1 of 1          Date Rcvd: Jul 16, 2009
Case: 09-61957               Form ID: ntcddl       Total Noticed: 1


The following entities were noticed by first class mail on Jul 18, 2009.
db/jdb       +Kenya S Marlow,   Ward V Marlow,   304 West State Street,   Johnstown, NY 12095-1602

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2009**                    **Signature:** _Joseph Speetjens_