Certificate Number: __00252-NYN-CC-007691396__

# CERTIFICATE OF COUNSELING

I CERTIFY that on __July 15, 2009__, at __2:48__ o'clock __PM EDT__,

__Ward Marlow__ received from

__Institute for Financial Literacy, Inc.__,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

__Northern District of New York__, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan __was not prepared__. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted __by internet and telephone__.

Date: __July 15, 2009__       By     __/s/John Carpenter__

                              Name   __John Carpenter__

                              Title  __Credit Counselor__

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).