16898170

CONL_12684_18955_46768541_48771994

WC62443122-096         * C-046770403
MARLOW WARD V
304 WEST STATE STREET
JOHNSTOWN      NY 12095

### THE STATE INSURANCE FUND

| S.S. NO./ID. NO./AUTH. | STATEMENT OF COMPENSATION PAYMENT | DATE: | DRAFT NO.: |
|---|---|---|---|
| WC62443122-096 | | 6/22/09 | 46770403 |

6/11/09 TO  6/25/09 @ $457.04 PER WEEK
LESS LIENS ON AWARD

TOTAL AMOUNT OF DRAFT IS
$901.58

PLEASE DETACH CHECK AT PERFORATION