CON_16817203

WC62443122-096        * C-046693489
MARLOW WARD V
304 WEST STATE STREET
JOHNSTOWN      NY 12095

## THE STATE INSURANCE FUND

| S.S. NO./D. NO./AUTH.<br>WC62443122-096 | STATEMENT OF   COMPENSATION    PAYMENT | DATE:<br>6/08/09 | DRAFT NO.:<br>46693489 |
|---|---|---|---|

5/28/09 TO  6/11/09 @ $457.04 PER WEEK
LESS LIENS ON AWARD

TOTAL AMOUNT OF DRAFT IS
$901.58

PLEASE DETACH CHECK AT PERFORATION