16730140

CON_12663_18934_46609571_46613028

WC62443122-096          * C-046611643

MARLOW WARD V
304 WEST STATE STREET
JOHNSTOWN        NY 12095

THE STATE INSURANCE FUND

| S.S. NO./D. NO./AUTH.<br>WC62443122-096 | STATEMENT OF COMPENSATION PAYMENT | DATE:<br>5/21/09 | DRAFT NO. :<br>46611643 |
|---|---|---|---|

5/14/09 TO  5/28/09 @ $457.04 PER WEEK
LESS LIENS ON AWARD

TOTAL AMOUNT OF DRAFT IS
$901.58

PLEASE DETACH CHECK AT PERFORATION