16661636

CONL_12655_18926_46544865_46543319

WC62443122-096          * C-046546741

MARLOW WARD V
304 WEST STATE STREET
JOHNSTOWN      NY 12095

THE STATE INSURANCE FUND

| S.S. NO./ID. NO./AUTH. | STATEMENT OF COMPENSATION PAYMENT | DATE: | DRAFT NO.: |
|---|---|---|---|
| WC62443122-096 | | 5/11/09 | 46546741 |

4/30/09 TO  5/14/09 @ $457.04 PER WEEK

TOTAL AMOUNT OF DRAFT IS
$914.08

PLEASE DETACH CHECK AT PERFORATION