# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re Kenya S Marlow and Ward V Marlow ,                )
                                                        )
              Debtor(s)                                 )
                                                        )
                                                        )   Case No. 09–61957–6–dd
                                                        )
                                                        )
                                                        )
Social Security No(s).: xxx–xx–1674 xxx–xx–7832 and all )   Chapter 7
Employer's Tax Identification No(s). *[if any]*         )
                                                        )
                                                        )
                                                        )
                                                        )

### CLERK'S NOTICE OF DEFICIENT
### DOCUMENT FILED

The Clerk has received and filed your document(s) numbered 12 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

***Problem/Error:***

> Pursuant to Section 521 of the Bankruptcy Code, a statement disclosing any reasonably anticipated increase in income or expenditures over the 12 month period following the date of filing of the petition is required.
> This information can be provided at question #17 on Schedule I and question #19 on Schedule J.

To resolve the deficiency, you must complete the following action ***by 8/7/09 :***
***Corrected Action Needed:***

> Please file an amended Schedule I and/or J together with an unsworn declaration by the debtor or file a separate statement indicating the above.

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 8/5/09                                  RICHARD G. ZEH, SR.
                                              Clerk of the Bankruptcy Court

                                              By:  Debra Bingham
                                                 315–266–1103
                                                 Deputy Clerk's Name and Telephone Number