# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re Kenya S Marlow and Ward V Marlow ,                                    )
                                                                            )
        Debtor(s)                                                          )
                                                                            )
                                                                            )   Case No. 09–61957–6–dd
                                                                            )
                                                                            )
                                                                            )
Social Security No(s).: xxx–xx–1674 xxx–xx–7832 and all                      )   Chapter 7
Employer's Tax Identification No(s). *[if any]*                              )
                                                                            )
                                                                            )
                                                                            )
                                                                            )

## CLERK'S NOTICE OF DEFICIENT
## DOCUMENT FILED

The Clerk has received and filed your document(s) numbered 14 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

***Problem/Error:***

> You only filed Schedule I filling in #17.
> PDF is not Captioned AMENDED
> No Unsworn Declaration of the Debtor for the schedule

To resolve the deficiency, you must complete the following action ***by 8/21/09 :***
***Corrected Action Needed:***

> Please Caption all papers AMENDED
> Please refile Schedule I and Schedule J (#19) and file an Unsworn declaration with it

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 8/19/09                                        RICHARD G. ZEH, SR.
                                                     Clerk of the Bankruptcy Court

                                                     By:  Debra Bingham
                                                       315–266–1103
                                                       Deputy Clerk's Name and Telephone Number