B 23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of New York

In re Ward Marlow _____ ,       Case No. 09-61957 _____
               Debtor

                                                    Chapter 7 _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, Ward Marlow _____ , the debtor in the above-styled case, hereby
         *(Printed Name of Debtor)*
certify that on 7/31/09 _____ *(Date)*, I completed an instructional course in personal financial management

provided by Institute for Financial Literacy, Inc. _____ , an approved personal financial
                       *(Name of Provider)*
management provider.

Certificate No. *(if any)*: 00252-NYN-DE-007871117 _____ .

☐ I, _____ , the debtor in the above-styled case, hereby
         *(Printed Name of Debtor)*
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: /s/ Ward Marlow _____

Date: 8/31/09 _____

_____

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: <u>00252-NYN-DE-007871117</u>

Bankruptcy Case Number: <u>09-61957</u>

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on <u>July 31, 2009</u>, at <u>4:23</u> o'clock <u>PM EDT</u>,

<u>Ward Marlow</u> completed a course on personal financial

management given <u>by internet and telephone</u> by

<u>Institute for Financial Literacy, Inc.</u>,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the <u>Northern District of New York</u>.

Date: <u>July 31, 2009</u>          By      <u>/s/Rachelle Campbell</u>

Name    <u>Rachelle Campbell</u>

Title    <u>Credit Counselor</u>

B 23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of New York

In re Kenya Marlow _____ ,                Case No. 09-61957 _____

                    Debtor

                                                   Chapter 7 _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, Kenya Marlow _____ , the debtor in the above-styled case, hereby
           *(Printed Name of Debtor)*
certify that on 7/31/09 _____ *(Date)*, I completed an instructional course in personal financial management

provided by Institute for Financial Literacy, Inc. _____ , an approved personal financial
                *(Name of Provider)*
management provider.

Certificate No. *(if any)*: 00252-NYN-DE-007871116 _____ .

☐ I, _____ , the debtor in the above-styled case, hereby
        *(Printed Name of Debtor)*
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

    ☐ Active military duty in a military combat zone; or

    ☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: /s/ Kenya Marlow _____

Date: 8/31/09 _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00252-NYN-DE-007871116

Bankruptcy Case Number: 09-61957

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on July 31, 2009 , at 4:23 o'clock PM EDT ,

Kenya S. Marlow completed a course on personal financial

management given by internet and telephone by

Institute for Financial Literacy, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of New York .

Date: July 31, 2009                    By    /s/Rachelle Campbell

                                       Name   Rachelle Campbell

                                       Title  Credit Counselor