**Form B18** (Official Form 18)(12/07)

# UNITED STATES BANKRUPTCY COURT
Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Kenya S Marlow<br><br>xxx−xx−1674<br>304 West State Street<br>Johnstown, NY 12095<br><br>Ward V Marlow<br><br>xxx−xx−7832<br>304 West State Street<br>Johnstown, NY 12095 | )<br>)<br>)<br>)Case Number: 09−61957−6−dd<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated:  11/9/09

*BY THE COURT*

RICHARD G. ZEH, SR.
Clerk of Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### *Collection of Discharged Debts Prohibited*

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### *Debts That are Discharged*

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### *Debts that are Not Discharged*

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Case 09-61957-6-dd   Doc 18   Filed 11/11/09   Entered 11/12/09 00:42:39   Desc
Imaged Certificate of Service   Page 3 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0206-6           User: dbing                 Page 1 of 1                  Date Rcvd: Nov 09, 2009
Case: 09-61957                 Form ID: b18                Total Noticed: 18

The following entities were noticed by first class mail on Nov 11, 2009.
db/jdb         +Kenya S Marlow,   Ward V Marlow,   304 West State Street,   Johnstown, NY 12095-1602
906868843      +Child Support Enforcem,   Po Box 14,   Albany, NY 12201-0014
906868844      +Citi,   P.o. Box 6500,   Sioux Falls, SD 57117-6500
906868845      +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
906868846      +Citizens Bank,   480 Jefferson Blvd,   Rje 135,   Warwick, RI 02886-1359
906868847      +First New York Fcu,   1776 Union St,   Schenectady, NY 12309-6316
906868854      +Suntrust Mortgage/cc 5,   Attention: RVW3034,   1001 Semmes Ave,   Richmond, VA 23224-2245

The following entities were noticed by electronic transmission on Nov 09, 2009.
906868838      +EDI: BECKLEE.COM Nov 09 2009 16:23:00      American Express,   c/o Becket and Lee,   Po Box 3001,
                 Malvern, PA 19355-0701
906868839      +EDI: TSYS2.COM Nov 09 2009 16:23:00      Barclays Bank Delaware,
                 Attention: Customer Support Department,   Po Box 8833,   Wilmington, DE 19899-8833
906868840      +EDI: CAPITALONE.COM Nov 09 2009 16:23:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
                 Po Box 5155,   Norcross, GA 30091-5155
906868842      +EDI: CHASE.COM Nov 09 2009 16:23:00      Chase,   Attn: Bankruptcy Dept,   Po Box 100018,
                 Kennesaw, GA 30156-9204
906868841      +EDI: CHASE.COM Nov 09 2009 16:23:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
906868844      +EDI: CITICORP.COM Nov 09 2009 16:23:00      Citi,   P.o. Box 6500,   Sioux Falls, SD 57117-6500
906868845      +EDI: CITICORP.COM Nov 09 2009 16:23:00      Citibank Usa,   Attn.: Centralized Bankruptcy,
                 Po Box 20507,   Kansas City, MO 64195-0507
906868848      +EDI: RMSC.COM Nov 09 2009 16:23:00      GEMB / HH Gregg,   Attention: Bankruptcy,   Po Box 103106,
                 Roswell, GA 30076-9106
906868849      +EDI: RMSC.COM Nov 09 2009 16:23:00      Gemb/walmart,   Po Box 981400,   El Paso, TX 79998-1400
906868850       EDI: WFNNB.COM Nov 09 2009 16:23:00      Gnb/stage,   P.o. Box 64,   Jacksonville, TX 75766
906868851      +EDI: HFC.COM Nov 09 2009 16:23:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,
                 Carol Stream, IL 60197-5253
906868852      +EDI: RMSC.COM Nov 09 2009 16:23:00      Lowes / MBGA,   Attention: Bankruptcy Department,
                 Po Box 103106,   Roswell, GA 30076-9106
906868853      +E-mail/Text: camanagement@mandtbank.com                           M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221-7748
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 11, 2009**               **Signature:**   *Joseph Speetjens*