# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Kenya S Marlow<br><br>xxx–xx–1674<br>304 West State Street<br>Johnstown, NY 12095<br><br>Ward V Marlow<br><br>xxx–xx–7832<br>304 West State Street<br>Johnstown, NY 12095 | )<br>)<br>)<br>)Case Number: 09–61957–6–dd<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>) |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Thomas Paul Hughes is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Utica, NY
DATED: 12/3/09

*BY THE COURT*

Diane Davis
U.S. Bankruptcy Judge